No. 03–9520. PANNELL v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–9521. PENNIX v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–9537. CODY v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 03–9540. ROMAN v. MCGRATH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–9545. ROBERTSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–9546. SLOAN v. EARLY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9547. SMOOT v. PEGUESE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–9554. HOWARD v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–9562. GADSON v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 03–9563. BALL v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–9566. FANUS v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 03–9575. GOMEZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–9576. HOUSER v. WATHEN, ASSISTANT WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.